IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| B. R. by her Next Friend Nora El Chaer, ) <br> For Herself and other Similarly Situated, ) <br> L. T. by his Next Friend S. T., et al. ) <br>     Plaintiffs ) <br> ) <br> v. ) <br> ) <br> ) <br> MARGIE QUIN, ) <br>     Defendant. ) | Case No. 3:23-cv-00737 <br> Judge Campbell /Frensley <br> Jury Demand |

## ORDER

Pending before the Court is the Plaintiffs' Motion to Proceed Under Pseudonymous Initials. Docket No. 19. Plaintiffs have filed a memorandum of law in support of their motion. Docket No. 20. Plaintiffs' motion indicates that pursuant to Local Rule 7.01(a)(1) they have conferred with counsel and defense counsel does not oppose the motion. Docket No. 19. For the reasons set forth herein, the motion is **GRANTED**.

## STANDARD

The Federal Rules of Civil Procedure require that actions generally be brought in the name of the party in interest. Federal Rules of Civil Procedure 10(a), 17(a)(1). In exceptional cases, the Court may grant an Order allowing a Plaintiff to utilize a pseudonym. To obtain such an Order, Plaintiff must show her "privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter,* 370 F. 3d 558, 560 (6th Cir. 2004). In determining whether a Plaintiff's privacy interest outweighs this presumption, the Court considers several factors including: (1) whether the Plaintiff seeking anonymity is suing to challenge a governmental activity; (2) whether prosecution of the suit will compel the Plaintiff to disclose information "of

the utmost intimacy"; (3) whether the litigation compels the Plaintiff to disclose an intention to violate the law; and (4) whether the Plaintiff is a child. *Id.; Citizens for a Strong Ohio v. Marsh*, 123 Fed. Appx. 630, 636 (6th Cir. 2005). The decision of whether to grant leave to proceed under a pseudonym falls under the discretion of the Court. *Porter*, 370 F. 3d at 560.

Apart from the fact that the motion is unopposed in this case, the Court has reviewed the Plaintiffs' memorandum of law and circumstances in this case. For the reasons discussed in the memorandum, namely that the Plaintiffs are all minors in custody of the Tennessee Department of Children's Services, the Court finds that the relief sought by the Plaintiffs in this matter is appropriate.

Plaintiffs' motion to proceed under pseudonymous initials (Docket No. 19) is **GRANTED**. The Parties shall submit all publicly filed pleadings, briefings and evidence using the pseudonymous initials listed in the Complaint and the Defendant shall not publicly disclose the names or personally identifying information of the pseudonymous plaintiffs after Defendant learns their names and identifying personal information.

**IT IS SO ORDERED.**

**JEFFERY S. FRENSLEY**
**United States Magistrate Judge**